UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORETTA POLLARD,

    Plaintiff,

v.

HOBBY LOBBY STORES, INC.,

    Defendant.

Case No. 25-10461

Hon. Laurie J. Michelson

## ORDER TO ADJOURN DATES

This matter having come before this Honorable Court on the stipulation of the parties, and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the following dates in the Court's prior Scheduling Order dated March 10, 2025, shall be extended by ninety (90) days as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Fact Witness Lists Filed | August 11, 2025 | November 10, 2025 |
| Plaintiff's Expert Disclosures | September 8, 2025 | December 8, 2025 |
| Fact Discovery Completed | September 10, 2025 | December 9, 2025 |
| Defendant's Expert Disclosures | October 8, 2025 | January 6, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | October 22, 2025 | January 20, 2026 |

61107502.1

| Expert Discovery Completed | November 21, 2025 | February 19, 2026 |
|---|---|---|
| Dispositive Motion Filed | December 19, 2025 | March 19, 2026 |

**IT IS SO ORDERED.**


Dated: August 11, 2025          s/ Laurie J. Michelson
                                LAURIE J. MICHELSON
                                UNITED STATES DISTRICT JUDGE

61107502.1